IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN BABAAHMADI, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 4:24-CV-00038 |
| § | |
| INTEGON NATIONAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

Plaintiff Sean Babaahmadi hereby advises the Court that the parties have settled this matter and are working on the exchange of settlement documentation and funding. The parties request 60 days to complete these tasks before the Court dismisses the case upon final motion by the parties.

Respectfully submitted,

**DALY & BLACK, P.C.**

By: /s/ *Maria R. Gerguis*
Richard D. Daly, Attorney-in-Charge
Southern District Bar No. 20706
State Bar No. 00796429
rdaly@dalyblack.com
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587
ecfs@dalyblack.com (service)
**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

*Of Counsel:*
Maria R. Gerguis
Southern District Bar No. 3086666
State Bar No. 24090355
mgerguis@dalyblack.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2024, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

Matthew J. Kolodoski
THOMPSON, COE, COUSINS & IRONS, LLP
mkolodoski@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Tel: (214) 871-8200
Fax: (214) 871-8209

AND

Brittney M. Madrigal
bmadrigal@thompsoncoe.com
10001 Reunion Place, Suite 400
San Antonio, Texas 78216
Telephone: (830) 252-5100
Facsimile: (214) 871-8209

**ATTORNEY FOR DEFENDANTS
INTEGON NATIONAL INSURANCE COMPANY**

                                                    By:   */s/ Maria R. Gerguis*
                                                               Maria R. Gerguis